Date signed November 01, 2012



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JOHN LARRY ANDREWS | : | Case No. 12-20492PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION
**(Debtor's Motion to Dismiss Case)**

This case was scheduled for hearing before the court on November 1, 2012, on the Debtor's Motion to Dismiss this bankruptcy case filed under Chapter 7 without prejudice.  The Debtor did not appear, but the Chapter 7 Trustee, Janet M. Nesse, and Lynn Kohen of the office of the United States Trustee both appeared in opposition to the Motion.

In the first instance, this case cannot be dismissed "without prejudice" because such action is barred by § 109(g)(2) of the Bankruptcy Code.  A voluntary dismissal requested following the filing of a motion for relief from the automatic stay bars refiling of a case for 180 days.  In addition, as pointed out in the opposition to the Motion to Dismiss, there appear to be serious inconsistencies and omissions in the Debtor's filings.  To clarify these, the United States Trustee obtained an Order of this court to compel the Debtor to submit to a Rule 2004 examination.  Debtor did not appear, so in all likelihood the United States Trustee will file an objection to the Debtor's discharge and possibly refer this matter to the United States Attorney for consideration of criminal prosecution.

After considering the totality of the circumstances presented, the Debtor's Motion to Dismiss will be denied.  An appropriate order will be entered.

cc:

John L. Andrews, P.O. Box 471725, District Heights, Md 20753

Janet M. Nesse, Trustee, 1775 Pennsylvania Avenue, NW, Suite 800, Washington DC 20006

Lynn A. Kohen, United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770

**End of Memorandum**